UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

AETNA CASUALTY

v. CA No. 94-285-T

MICHAEL E. KELLY, et al.

**SHOW CAUSE ORDER**

On or before **October 20, 2005**, counsel for the plaintiff, John Graceffa and Ronald Langlois, are hereby ordered to appear on at 2:00 [illegible] and show cause, why they should not be sanctioned for failure to appear at a noticed status conference on October 5, 2005.

By Order

[signature]
Deputy Clerk

ENTER:

[signature: Ernest C. Torres]
Ernest C. Torres
Chief Judge

Date: October 6, 2005