UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AETNA CASUALTY

V. C.A.NO: 94-285-T

MICHAEL E. KELLY, ET AL

**AFFIDAVIT OF RONALD LANGLOIS**

1. On or about October 5, 2005 my office received a telephone call from Ryan Jackson inquiring as to why I was not present at a status conference scheduled for said date. My assistant advised Mr. Ryan that I was no longer an attorney in the matter. Mr. Ryan advised my assistant that he had never received a withdrawal of appearance from me.

2. On October 6, 2005, I received a Show Cause Order for my failure to appear at the stated status conference.

3. I did not know of any notice of a status conference in the above-referenced matter prior to receiving the telephone call from Mr. Jackson on October 5, 2005.

4. I have not been involved in the above-referenced matter for over nine (9) years.

5. The court docket reflects that I filed my Withdrawal of Appearance in the above-referenced matter on February 22, 1996.

5. The court docket reflects that my Withdrawal of Appearance was entered with the court on February 26, 1996.

6. Attached please find the civil docket sheet indicating my withdrawal of appearance on page 15 of 16.

7. I have never missed a conference in this court.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS THE 4 DAY OF October, 2005.

Ronald Langlois

Subscribed and sworn before me on this 14 day of October, 2005.

Dana Palangio
Notary Public
Commission expires: 10-4-06