TMB

# U.S. District Court
# District of Rhode Island (Providence)
# CIVIL DOCKET FOR CASE #: 1:94-cv-00285-T

Aetna Casualty v. Kelly, et al
Assigned to: Judge Ernest C. Torres
Demand: $0
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 05/24/1994
Jury Demand: Both
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Aetna Casualty**

represented by **John P. Graceffa**
Morrison, Mahoney & Miller
250 Summer Street
Boston, MA 02109-1118
617-439-7500
Fax: 439-7590
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura M. Gregory**
One Constitution Plaza
Boston, MA 02129
617-241-8800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald P. Langlois**
Smith & Brink, P.C.
One State Street
Suite 400
Providence, RI 02908
351-9970
Fax: 274-6218
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael E. Kelly**

represented by **Lise M. Iwon**
Laurence and Iwon
11 Caswell Street
Wakefield, RI 02879
7, 401-783-4710
Fax: 783-4710
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Richard C. Bicki**
56 Pine Street
Suite 200
Providence, RI 02903
228-8338
Fax: 274-2780
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan E. McGuirl**
56 Pine Street
Suite 200
Providence, RI 02903
331-6600
Fax: 274-2780
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen B. Kelly** represented by **Lise M. Iwon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Bicki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan E. McGuirl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew T. Kelly** represented by **Lise M. Iwon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Bicki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan E. McGuirl**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**John Jones, AGL** represented by **Richard Daniel Prentiss**
Holland & Knight LLP
One Financial Plaza
Suite 1800
Providence, RI 02903-0819
751-8500
Fax: 553-6850
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe #1** represented by **Mitchell S. Riffkin**
631 Jefferson Blvd.
Warwick, RI 02886
732-6500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Daniel Prentiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe #2** represented by **Richard Daniel Prentiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cynthia Lewis** represented by **Arlene Marie Violet**
Arlene Violet & Law Assoc.
35 Highland Avenue
Route 6
East Providence, RI 02914
431-1110
Fax: 431-1116
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David R. Wood**
*Roman Catholic Bishop of Providence, A Corporation Sole* represented by **Carl P. DeLuca**
DeLuca & DeLuca
631 Jefferson Blvd.
Warwick, RI 02886
732-4420
*LEAD ATTORNEY*

Case 1:04-cv-00285-T Document 90-2 Filed 10/17/2005 Page 4 of 18

*ATTORNEY TO BE NOTICED*

**Paul P. Baillargeon**
Law Offices of Paul P. Baillargeon, Inc.

176 Eddie Dowling Highway
Suite 201
North Smithfield, RI 02896
762-0434
Fax: 762-0436
*TERMINATED: 02/27/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Most Reverend Louis E. Gelineau** represented by **James T. Murphy**
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2218
421-2154
Fax: 521-7040
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul V. Reynolds**
Reynolds, DeMarco & Boland, Ltd.
Greater Providence Bank Building
170 Westminster Street
Suite 200
Providence, RI 02903
861-5522
Fax: 331-4861
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Murphy**
William T. Murphy Law Offices, Inc.
One Turk's Head Place
Suite 312
Providence, RI 02903
459-6700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Most Reverend Raymond A. Beaulieu** represented by **Paul V. Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **William T. Murphy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Defendant</u>** | | |
| **Diocese of Providence, Inc.** | represented by | **Paul V. Reynolds**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William T. Murphy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Defendant</u>** | | |
| **Kenneth Angell** | represented by | **Paul V. Reynolds**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William T. Murphy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Defendant</u>** | | |
| **Jerome Fioretti** | represented by | **Paul V. Reynolds**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William T. Murphy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Defendant</u>** | | |
| **Reverend Roger Marot** | represented by | **Paul V. Reynolds**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert J. Quigley, Jr.**<br>McKenney, Jeffrey & Quigley<br>95 Chestnut St.<br>6th Floor<br>Providence, RI 02908<br>454-4550 |

Case 1:04-cv-00285-T Document 90-2 Filed 10/17/2005 Page 6 of 16

Fax: 454-4563
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Reverend Edward Cardente** represented by **Paul V. Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Catholic Youth Organization of Diocese of Providence, Inc.** represented by **Paul V. Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Marcantonio** represented by **Gerald C. DeMaria**
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903
272-3500
Fax: 273-8780
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul S. Callaghan**
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903
272-3500
Fax: 273-8780
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William C. O'Connell**

**Defendant**

**Edmund Micarelli** represented by **James T. McCormick**
McKenna & McCormick
128 Dorrance Stret
Suite 330
Providence, RI 02903
401-831-2970
Fax: 751-1797
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Meglio**

**Defendant**

**Alfred R. Desrosiers** represented by **Marc DeSisto**
DeSisto Law
211 Angell St.
P.O. Box 2563
Providence, RI 02906-2563
272-4442
Fax: 272-9937
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James M. Silva** represented by **James T. McCormick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Most Reverend Louis E. Gelineau** represented by **Paul V. Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Most Reverend Raymond A. Beaulieu** represented by **Paul V. Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Diocese of Providence, Inc.** represented by **Paul V. Reynolds**
(See above for address)

Case 1:94-cv-00285-T Document 90-2 Filed 10/17/2005 Page 8 of 16

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Kenneth Angell** represented by **Paul V. Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Jerome Fioretti** represented by **Paul V. Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Reverend Roger Marot** represented by **Paul V. Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Reverend Edward Cardente** represented by **Paul V. Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Catholic Youth Organization of Diocese of Providence, Inc.** represented by **Paul V. Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Aetna Casualty** represented by **John P. Graceffa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura M. Gregory**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald P. Langlois**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/1994 | 1 | COMPLAINT filed; FILING FEE $ 120.00 RECEIPT # 28842 (FarrellPletcher, P) (Entered: 05/26/1994) |
| 05/24/1994 | | CASE assigned to Judge Ernest C. Torres . Assigned to Magistrate Judge Judge Timothy Boudewyns (FarrellPletcher, P) (Entered: 05/26/1994) |
| 05/24/1994 | 2 | MOTION by Aetna Casualty for John P. Graceffa to Appear Pro Hac Vice (FarrellPletcher, P) (Entered: 05/26/1994) |
| 05/24/1994 | 3 | AFFIDAVIT Re: [2-1] motion for John P. Graceffa to Appear Pro Hac Vice (FarrellPletcher, P) (Entered: 05/26/1994) |
| 06/07/1994 | 4 | MOTION by Aetna Casualty for Laura M. Gregory to Appear Pro Hac Vice (FarrellPletcher, P) (Entered: 06/10/1994) |
| 06/20/1994 | 5 | REQUEST FOR WAIVER of Service as to Cynthia Lewis 6/3/94 Answer deadline projected for 8/2/94 for Cynthia Lewis (FarrellPletcher, P) (Entered: 06/28/1994) |
| 06/27/1994 | 7 | REQUEST FOR WAIVER of Service as to Stephen B. Kelly, Matthew T. Kelly, John Jones AGL, John Doe #2 6/14/94 Answer deadline projected for 8/15/94 for John Doe #2, for John Jones AGL, for Matthew T. Kelly, for Stephen B. Kelly, for Michael E. Kelly (FarrellPletcher, P) (Entered: 06/28/1994) |
| 06/28/1994 | 6 | ORDER granting [2-1] motion for John P. Graceffa to Appear Pro Hac Vice ( signed by Judge Ernest C. Torres ) (Webb, J) (Entered: 06/28/1994) |
| 06/30/1994 | 8 | REQUEST FOR WAIVER of Service as to John Doe #1, James M. Silva, John Doe #2 6/23/94 Answer deadline projected for 8/22/94 for James M. Silva, for John Doe #2, for John Doe #1 (Webb, J) (Entered: 07/06/1994) |
| 07/15/1994 | 9 | ANSWER to Complaint by John Doe #1 (Attorney Mitchell S. Riffkin),; jury demand (FarrellPletcher, P) (Entered: 07/18/1994) |
| 07/15/1994 | 10 | REQUEST FOR WAIVER of Service as to David R. Wood 6/3/94 Answer deadline projected for 8/2/94 for David R. Wood Waiver of Service due by 7/4/94 for David R. Wood (FarrellPletcher, P) (Entered: 07/18/1994) |
| 07/19/1994 | 11 | ANSWER to Complaint by Cynthia Lewis (Attorney Arlene Marie Violet), (FarrellPletcher, P) (Entered: 07/21/1994) |
| 07/29/1994 | 13 | AMENDED ANSWER to Complaint by John Doe #1 : amends [9-1] answer; jury demand (FarrellPletcher, P) (Entered: 08/02/1994) |
| 08/01/1994 | 14 | ANSWER to Complaint by David R. Wood (Attorney Paul P. Baillargeon),; jury demand (FarrellPletcher, P) (Entered: 08/02/1994) |

| | | |
|---|---|---|
| 08/02/1994 | 12 | Stipulation dft John Jones, AGL and John Doe No. 2 have till 8/24/94 to ans complaint (Webb, J) (Entered: 08/02/1994) |
| 08/02/1994 | | Deadline updated; reset Answer deadline to 8/24/94 for John Doe #2, for John Jones AGL (Webb, J) (Entered: 08/02/1994) |
| 08/10/1994 | 15 | ANSWER to Complaint by Michael E. Kelly, Stephen B. Kelly, Matthew T. Kelly (Attorney Susan E. McGuirl, Richard C. Bicki, Lise M. Iwon), (FarrellPletcher, P) (Entered: 08/12/1994) |
| 08/12/1994 | 16 | ANSWER to Complaint and COUNTERCLAIM by Louis E. Gelineau, Raymond A. Beaulieu, Diocese of Prov., Kenneth Angell, Jerome Fioretti, Roger Marot, Edward Cardente, CYO (Attorney Paul V. Reynolds) against Aetna Casualty (FarrellPletcher, P) (Entered: 08/15/1994) |
| 08/12/1994 | 17 | MOTION by David R. Wood, Louis E. Gelineau, Raymond A. Beaulieu, Diocese of Prov., Kenneth Angell, Jerome Fioretti, Roger Marot, Edward Cardente to Stay (FarrellPletcher, P) (Entered: 08/15/1994) |
| 08/17/1994 | | Pre-trial conference set at 9:30 10/18/94 Before Judge Ernest C. Torres notice fax 8/17/94 (Webb, J) (Entered: 08/17/1994) |
| 08/19/1994 | 18 | ANSWER to Complaint by James M. Silva (Attorney James T. McCormick),; jury demand (FarrellPletcher, P) (Entered: 08/19/1994) |
| 08/22/1994 | 19 | OBJECTION by Aetna Casualty to [17-1] motion to Stay (FarrellPletcher, P) (Entered: 08/23/1994) |
| 08/25/1994 | 20 | Stipulation dft John Jones AGL and John Doe 2 have till 9/6/94 to ans or otherwise resond to complaint (Webb, J) (Entered: 08/25/1994) |
| 08/25/1994 | | Deadline updated; reset Answer deadline to 9/6/94 for John Doe #2, for John Jones AGL (Webb, J) (Entered: 08/25/1994) |
| 09/02/1994 | 21 | ANSWER by Aetna Casualty to [16-2] counter claim (Webb, J) (Entered: 09/02/1994) |
| 09/06/1994 | 22 | ANSWER to Complaint by John Jones AGL, John Doe #1, John Doe #2 (Attorney Richard Daniel Prentiss),; jury demand (FarrellPletcher, P) (Entered: 09/07/1994) |
| 09/12/1994 | 23 | ENTRY of appearance for Louis E. Gelineau, Raymond A. Beaulieu, Diocese of Prov., Kenneth Angell, Jerome Fioretti, Roger Marot, Edward Cardente, CYO by William T. Murphy (FarrellPletcher, P) (Entered: 09/13/1994) |
| 09/15/1994 | 24 | MOTION by Aetna Casualty for appointment of special process server (FarrellPletcher, P) (Entered: 09/20/1994) |
| 09/15/1994 | 25 | MOTION by Aetna Casualty to Enlarge Time for proofs of service up to November 1, 1994 (FarrellPletcher, P) (Entered: 09/20/1994) |
| 09/15/1994 | 26 | AFFIDAVIT OF JOHN P. GRACEFFA, ESQ. Re: [25-1] motion to Enlarge Time for proofs of service up to November 1, 1994 |

| | | |
|---|---|---|
| | | (FarrellPletcher, P) (Entered: 09/20/1994) |
| 09/16/1994 | 27 | Waiver of Service Returned Unexpected as to Alfred R. Desrosiers (FarrellPletcher, P) (Entered: 09/21/1994) |
| 09/21/1994 | 28 | OBJECTION by Michael E. Kelly, Stephen B. Kelly, Matthew T. Kelly to [17-1] motion to Stay (FarrellPletcher, P) (Entered: 09/22/1994) |
| 09/26/1994 | 29 | OBJECTION by Cynthia Lewis to [17-1] motion to Stay (FarrellPletcher, P) (Entered: 09/27/1994) |
| 09/27/1994 | 30 | OBJECTION by John Doe #1 to [17-1] motion to Stay (FarrellPletcher, P) (Entered: 09/27/1994) |
| 09/27/1994 | 31 | ENTRY of appearance for Alfred R. Desrosiers by Marc DeSisto (Webb, J) (Entered: 09/28/1994) |
| 09/29/1994 | 32 | OBJECTION by David R. Wood to [17-1] motion to Stay (FarrellPletcher, P) (Entered: 10/03/1994) |
| 10/05/1994 | 33 | MOTION by Aetna Casualty for laura M. Gregory to Appear Pro Hac Vice (FarrellPletcher, P) (Entered: 10/07/1994) |
| 10/18/1994 | | Pre-trial conference held matter is stayed until issues are resolve on related cases. Pla to file a proposal as to discovery and dfts have 10 days to file a response. Counsel should file request for recusal within 10 days. pretrial conference to be reset for later time (Webb, J) (Entered: 10/18/1994) |
| 11/01/1994 | 34 | RETURN OF SERVICE executed as to Richard Meglio 10/8/94 Answer due on 10/28/94 for Richard Meglio (Webb, J) (Entered: 11/02/1994) |
| 11/02/1994 | | dft Cynthia Lewis response to Aetna & Surety proposed discovery plan (Webb, J) (Entered: 11/03/1994) |
| 11/03/1994 | 35 | ANSWER to Complaint by Alfred R. Desrosiers (Attorney ),; jury demand (Webb, J) (Entered: 11/08/1994) |
| 11/15/1994 | | iAetna proposal regarding discovery plan, response received from the following dft, M. Kelly, S. Kelly, Matt Kelly, R. Marcantonio's, John Jones, AGL, John Doe 2, F. Desrosiers, Cynthia Lewis, John Doe 1. to chambers C (Webb, J) (Entered: 11/15/1994) |
| 11/28/1994 | | dft David Wood's obj to pla proposed discovery plan to chambers (Webb, J) (Entered: 11/28/1994) |
| 11/30/1994 | 36 | ORDER RE: conference held on 10/18/94 staying discovery and proposal of discovery plans ( signed by Judge Ernest C. Torres ) (Webb, J) (Entered: 11/30/1994) |
| 02/02/1995 | 37 | ORDER granting [33-1] motion for laura M. Gregory to Appear Pro Hac Vice ( signed by Judge Ernest C. Torres ) (Webb, J) (Entered: 02/14/1995) |
| 04/28/1995 | 38 | MOTION by Aetna Casualty for status conference (FarrellPletcher, P) |

| | | |
|---|---|---|
| | | (Entered: 05/04/1995) |
| 05/09/1995 | 39 | OBJECTION by Robert Marcantonio to [38-1] motion for status conference (Webb, J) (Entered: 05/15/1995) |
| 05/15/1995 | | Motion(s) referred: [38-1] motion for status conference referred to Judge Ernest C. Torres (Webb, J) (Entered: 05/15/1995) |
| 05/22/1995 | 40 | ORDER denying [38-1] motion for status conference. Plaintiff's reason for its request is unclear ( signed by Judge Ernest C. Torres ) (FarrellPletcher, P) (Entered: 05/24/1995) |
| 05/30/1995 | 41 | RETURN OF SERVICE executed as to Robert Marcantonio 5/23/95 Answer due on 6/12/95 for Robert Marcantonio (Webb, J) (Entered: 05/30/1995) |
| 06/02/1995 | 42 | RETURN OF SERVICE executed as to William C. O'Connell 5/25/95 Answer due on 6/14/95 for William C. O'Connell (Webb, J) (Entered: 06/06/1995) |
| 06/12/1995 | 44 | ANSWER to Complaint by Edmund Micarelli (Attorney James T. McCormick),; jury demand (Webb, J) (Entered: 06/13/1995) |
| 06/13/1995 | 43 | RETURN OF SERVICE executed as to Edmund Micarelli 5/24/95 Answer due on 6/13/95 for Edmund Micarelli (Webb, J) (Entered: 06/13/1995) |
| 06/16/1995 | 45 | RETURN OF SERVICE executed as to Kenneth Angell 6/8/95 Answer due on 6/28/95 for Kenneth Angell (Webb, J) (Entered: 06/19/1995) |
| 06/21/1995 | 46 | ANSWER to Complaint by Robert Marcantonio (Attorney Gerald C. DeMaria),; jury demand (Webb, J) (Entered: 06/22/1995) |
| 06/29/1995 | 47 | RETURN OF SERVICE executed as to CYO, Diocese of Prov., Raymond A. Beaulieu, Edward Cardente, Jerome Fioretti 6/20/95 Answer due on 7/10/95 for CYO, for Diocese of Prov., for Raymond A. Beaulieu, for Edward Cardente, for Jerome Fioretti (Webb, J) (Entered: 06/30/1995) |
| 06/30/1995 | 48 | MEMORANDUM and ORDER granting in part, denying in part [17-1] motion to Stay ( signed by Judge Ernest C. Torres ) (Webb, J) (Entered: 06/30/1995) |
| 07/05/1995 | 49 | ANSWER by Robert Marcantonio to [16-2] counter claim (Webb, J) (Entered: 07/05/1995) |
| 07/07/1995 | 50 | ERRATA as to Memorandum and Order dated 6/29/95 (Webb, J) (Entered: 07/07/1995) |
| 07/28/1995 | | SUMMONS(ES) issued (Branco, M) (Entered: 07/28/1995) |
| 07/28/1995 | 51 | RETURN OF SERVICE executed as to Louis E. Gelineau 7/21/95 Answer due on 8/10/95 for Louis E. Gelineau (Branco, M) (Entered: 07/28/1995) |
| | | |

| | | |
|---|---|---|
| 08/28/1995 | | Text not available. (Entered: 08/29/1995) |
| 08/28/1995 | 52 | ANSWER to Complaint by Roger Marot (Attorney ),; jury demand (Webb, J) (Entered: 08/29/1995) |
| 10/04/1995 | 53 | MOTION by Louis E. Gelineau, Raymond A. Beaulieu, Roger Marot, Edward Cardente, CYO for Protective Order (Branco, M) (Entered: 10/04/1995) |
| 10/04/1995 | | Motion(s) referred: [53-1] motion for Protective Order referred to Magistrate Judge Timothy M. Boudewyns (Webb, J) (Entered: 10/04/1995) |
| 10/12/1995 | 54 | OBJECTION by Aetna Casualty to [53-1] motion for Protective Order (Branco, M) (Entered: 10/13/1995) |
| 10/16/1995 | 55 | MOTION by Roger Marot for Protective Order (Branco, M) (Entered: 10/16/1995) |
| 10/17/1995 | | Motion hearing re: [53-1] motion for Protective Order at 2:00 10/25/95 before Mag. Judge Boudewyns. (Zinni, C) (Entered: 10/17/1995) |
| 10/19/1995 | 56 | OBJECTION by Aetna Casualty to [55-1] motion for Protective Order (Branco, M) (Entered: 10/20/1995) |
| 10/23/1995 | | Motion(s) referred: [55-1] motion for Protective Order referred to Magistrate Judge Timothy M. Boudewyns (Webb, J) (Entered: 10/23/1995) |
| 10/25/1995 | | Motion hearing re: [55-1] motion for Protective Order, [53-1] motion for Protective Order Motion hearing held before Mag. Judge Boudewyns. John Graceffa for plaintiff. Paul Reynolds, William T. Murphy, Robert Quigley, Paul Baillargeon, James McCormack and Kathleen Powers for defendants. Motions are granted. (Zinni, C) (Entered: 10/25/1995) |
| 10/25/1995 | 57 | Minute entry: Motion hearing before Mag. Judge Boudewyns on 10/25/95. (Zinni, C) (Entered: 10/25/1995) |
| 10/26/1995 | 58 | ORDER granting [55-1] motion for Protective Order ( signed by Magistrate Judge Timothy M. Boudewyns ) (Zinni, C) (Entered: 10/26/1995) |
| 10/26/1995 | 59 | ORDER granting [53-1] motion for Protective Order ( signed by Magistrate Judge Timothy M. Boudewyns ) (Zinni, C) (Entered: 10/26/1995) |
| 11/22/1995 | 60 | FIRST MOTION by Aetna Casualty for Partial Summary Judgment (Branco, M) (Entered: 11/22/1995) |
| 12/01/1995 | 61 | MOTION by Michael E. Kelly, Stephen B. Kelly, Matthew T. Kelly to Enlarge Time (Branco, M) (Entered: 12/01/1995) |
| 12/05/1995 | 62 | OBJECTION by James M. Silva to [60-1] motion for Partial Summary Judgment (Branco, M) (Entered: 12/05/1995) |

| | | |
|---|---|---|
| 12/05/1995 | 63 | MOTION by James M. Silva to Enlarge Time to file memo in support of obj. to mtn for s/j. (Branco, M) (Entered: 12/05/1995) |
| 12/06/1995 | 64 | OBJECTION by Alfred R. Desrosiers to [60-1] motion for Partial Summary Judgment (Branco, M) (Entered: 12/07/1995) |
| 12/06/1995 | 65 | MOTION by Alfred R. Desrosiers to Enlarge Time to file memo in support of obj. to mtn for partial s/j. (Branco, M) (Entered: 12/07/1995) |
| 12/07/1995 | 66 | OBJECTION by Robert Marcantonio to [60-1] motion for Partial Summary Judgment (Branco, M) (Entered: 12/07/1995) |
| 12/07/1995 | 67 | MOTION by Robert Marcantonio to Enlarge Time to file memo in support of obj. to mtn for s/j. (Branco, M) (Entered: 12/07/1995) |
| 12/18/1995 | | Motion(s) referred: [60-1] motion for Partial Summary Judgment referred to Judge Ernest C. Torres (Webb, J) (Entered: 12/18/1995) |
| 12/21/1995 | 68 | MOTION by Roger Marot to Enlarge Time to file memo in support of obj. to pltf's mtn for s/j. (Branco, M) (Entered: 12/22/1995) |
| 12/21/1995 | 69 | OBJECTION by Roger Marot to [60-1] motion for Partial Summary Judgment (Branco, M) (Entered: 12/22/1995) |
| 12/21/1995 | 70 | ORDER granting [67-1] motion to Enlarge Time to file memo in support of obj. to mtn for s/j. ( signed by Judge Ernest C. Torres ) (Webb, J) (Entered: 12/29/1995) |
| 12/21/1995 | 71 | ORDER granting [65-1] motion to Enlarge Time to file memo in support of obj. to mtn for partial s/j. ( signed by Judge Ernest C. Torres ) (Webb, J) (Entered: 12/29/1995) |
| 12/21/1995 | 72 | ORDER granting [63-1] motion to Enlarge Time to file memo in support of obj. to mtn for s/j. ( signed by Judge Ernest C. Torres ) (Webb, J) (Entered: 12/29/1995) |
| 12/21/1995 | 73 | ORDER granting [61-1] motion to Enlarge Time ( signed by Judge Ernest C. Torres ) (Webb, J) (Entered: 12/29/1995) |
| 01/02/1996 | 74 | MOTION by Robert Marcantonio to Enlarge Time to file memo of law in support of obj. to Aetna's mtn for summ. jgm. (Branco, M) (Entered: 01/04/1996) |
| 01/04/1996 | 75 | NOTICE of WITHDRAWAL by Aetna Casualty of Laura M. Gregory (Branco, M) (Entered: 01/05/1996) |
| 01/05/1996 | | Motion(s) referred: [74-1] motion to Enlarge Time to file memo of law in support of obj. to Aetna's mtn for summ. jgm. referred to Judge Ernest C. Torres (Webb, J) (Entered: 01/05/1996) |
| 01/09/1996 | 76 | MOTION by Michael E. Kelly, Stephen B. Kelly, Matthew T. Kelly to Enlarge Time to file memo in support of obj. to Aetna's mtn for partial sum. jgm. (Branco, M) (Entered: 01/09/1996) |
| 01/10/1996 | 77 | MOTION by Aetna Casualty to submit additional caselaw (Branco, M) |

Case 1:94-cv-00285-T Document 90-2 Filed 10/17/2005 Page 15 of 16

| | | |
|---|---|---|
| | | (Entered: 01/10/1996) |
| 01/19/1996 | 78 | MOTION by Robert Marcantonio to Enlarge Time (Branco, M) (Entered: 01/22/1996) |
| 01/19/1996 | 79 | OBJECTION by Edmund Micarelli to [60-1] motion for Partial Summary Judgment (Branco, M) (Entered: 01/22/1996) |
| 02/20/1996 | | Motion hearing re: [60-1] motion for Partial Summary Judgment at 10:00 3/6/96 (Webb, J) (Entered: 02/20/1996) |
| 02/22/1996 | 80 | NOTICE OF WITHDRAWAL by Ronald Langlois. (Branco, M) (Entered: 02/26/1996) |
| 02/27/1996 | 81 | NOTICE OF WITHDRAWAL by Paul P. Baillargeon as counsel for Deft. David R. Wood. (Branco, M) (Entered: 02/28/1996) |
| 02/27/1996 | 81 | ENTRY of appearance for David R. Wood by Carl P. DeLuca (Branco, M) (Entered: 03/01/1996) |
| 03/06/1996 | 82 | ENTRY of appearance for Robert Marcantonio by Paul S. Callaghan (Branco, M) (Entered: 03/06/1996) |
| 03/06/1996 | | Motion hearing re: [60-1] motion for Partial Summary Judgment Motion hearing held. John Graceffa for Pltf; Paul Callaghan for Marcantonio; Marc DeSisto for Desrosiers. Pltf's motion for partial summary judgment is GRANTED. (Branco, M) (Entered: 03/06/1996) |
| 03/06/1996 | 83 | Minute entry: re: motion for partial summary judgment (Branco, M) (Entered: 03/06/1996) |
| 03/10/1996 | 84 | ORDER granting [60-1] motion for Partial Summary Judgment ( signed by Judge Ernest C. Torres ) (Webb, J) (Entered: 03/13/1996) |
| 03/13/1996 | | Case reopened terminiated by error (Webb, J) (Entered: 03/13/1996) |
| 10/25/1999 | 85 | ORDER TO SHOW CAUSE: Show Cause Hearing set for 10:00 11/29/99 and also placing this matter on the non-jury trial calendar for December 1999 ( signed by Judge Ernest C. Torres ) (Webb, J) (Entered: 10/25/1999) |
| 11/29/1999 | | Show cause hearing held. Graceffa for Pltf. Reynolds for Deft. Counsel argue show cause why claims previously stayed should not be dismissed without prejudice. Matter to be put on January trial calendar. Counsel to submit memos by 12/20/99. Claims previously stayed are dismissed without prejudice. (Branco, M) (Entered: 11/29/1999) |
| 11/29/1999 | 86 | Minute entry re: show cause hearing (Branco, M) (Entered: 11/29/1999) |
| 12/03/1999 | | Tele-conference set at 10:00 12/6/99 Before Judge Ernest C. Torres (Webb, J) (Entered: 12/03/1999) |
| 05/04/2005 | 87 | ORDER TO SHOW CAUSE: Show Cause in writing on or before 5/25/05 why the case should not be dismissed for lack of prosecution (signed by Judge Ernest C. Torres) [faxed to all counsel of record] |

| | | |
|---|---|---|
| | | (Jackson, R) (Entered: 05/04/2005) |
| 05/26/2005 | 88 | JOINT MEMORANDUM by Aetna Casualty, Michael E. Kelly, Stephen B. Kelly, Matthew T. Kelly, John Jones AGL, John Doe #1, John Doe #2, Cynthia Lewis, David R. Wood, Louis E. Gelineau, Raymond A. Beaulieu, Diocese of Prov., Kenneth Angell, Jerome Fioretti, Roger Marot, Edward Cardente, CYO, Robert Marcantonio, William C. O'Connell, Edmund Micarelli, Meglio, Alfred R. Desrosiers, James M. Silva, Louis E. Gelineau, Raymond A. Beaulieu, Diocese of Prov., Kenneth Angell, Jerome Fioretti, Roger Marot, Edward Cardente, CYO, Aetna Casualty, in response to [87-1] show cause order (Duhamel, J) (Entered: 05/26/2005) |
| 09/09/2005 | | NOTICE of Hearing: Status Conference set for 10/5/2005 09:30 AM in Chambers 214 before Ernest C Torres. (Jackson, Ryan) (Entered: 09/09/2005) |
| 10/05/2005 | | Minute Entry for proceedings held before Judge Ernest C Torres : Status Conference held on 10/5/2005; Plaintiff: not present; Defendants: Paul Reynolds, James Murphy, William T. Murphy; previously issued Show Cause Order is discussed; Court will act on the Show Cause Order.(Court Reporter Angela Reynolds, not on record) (Jackson, Ryan) (Entered: 10/05/2005) |
| 10/06/2005 | 89 | ORDER TO SHOW CAUSE Show Cause Hearing set for 10/20/2005 02:00 PM in Courtroom 3 before Ernest C Torres.. Signed by Judge Ernest C. Torres on 10/06/05. (faxed to all counsel of record)(Jackson, Ryan) (Entered: 10/06/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/12/2005 16:25:39 | | | |
| **PACER Login:** | sb1187 | **Client Code:** | 22 |
| **Description:** | Docket Report | **Search Criteria:** | 1:94-cv-00285-T |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |