UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

AETNA CASUALTY,
Plaintiff

    v.                                    C.A. No.  94-285T

MICHAEL KELLY, ET AL.,
Defendant

### ORDER OF DISMISSAL

On May 4th, 2005, this Court issued an Order to show cause why the case should not be dismissed for lack of prosecution.  No good cause having been shown, the case is hereby dismissed.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge
Date: 10/24/05