UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

AETNA CASUALTY,
Plaintiff

v. C.A. No. 94-285T

MICHAEL KELLY, ET AL.,
Defendant

**ORDER OF DISMISSAL**

On May 4th, 2005, this Court issued an Order to show cause why the case should not be dismissed for lack of prosecution. No good cause having been shown, the case is hereby dismissed.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 10/24/05